# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff(s), | ) | 2:07-CR-00184-RLH-GWF |
| vs. | ) | **O R D E R** |
| TRAVIS CARTER, | ) | |
| Defendant(s). | ) | |

Before this Court is the Findings & Recommendations (#36) of United States Magistrate Judge George W. Foley, entered on February 7, 2008. Objections (#41) were filed to Magistrate Judge Foley's Findings & Recommendations in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The Government filed an Opposition (#42) thereto, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings & Recommendations of Magistrate Judge Foley should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings & Recommendation (#36, entered February 7, 2008) is AFFIRMED and ADOPTED, and Defendant's Motion to Suppress Evidence (#25) is denied.

Dated:   March 6, 2008.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**